IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>METAL PARTNERS REBAR, LLC d/b/a METAL PARTNERS INTERNATIONAL an Illinois limited liability company<br><br>Defendant. | Case No.: 16 cv 08285<br><br>Judge Kennelly |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Defendant, through their counsel and pursuant to Federal Rule 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice as to Plaintiff Stone's individual claims and without prejudice to the claims of any putative class members, and that a judgment of dismissal with prejudice as to Stone's individual claims may be entered in the above-captioned action pursuant to this stipulation.

**Wendell H. Stone Company, Inc.**

By: /s/ Steven L. Woodrow
      One of its Plaintiff's Attorneys

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*Counsel for Plaintiff*

**Metal Partners Rebar, LLC**

By: /s/ David J. Fish
      One of its Attorneys

David J. Fish
The Fish Law Firm, P.C.
200 E 5th Ave., Suite 123
Naperville, IL 60563
*Counsel for Defendant*