# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Wendell H. Stone Company, Inc.,

Plaintiff(s),

v.

Metal Partners Rebar, LLC,

Defendant(s).

Case No. 16 C 8285

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered dismissing plaintiff's individual claims with prejudice and without costs.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly.


Date: 5/9/2017

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk